UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 1, 2023

Ms. Shira Kieval
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 Seventeenth Street, Suite 1000
Denver, CO 80202

**RE:**   **23-7040, United States v. Brown**
Dist/Ag docket: 6:21-CR-00244-JWD-1 and
**23-7041, United States v. Brown**
Dist/Ag docket: 6:20-CR-00109-DCJ-1

Dear Counsel:

Appellant's consolidated supplemental designation of record received in these cases is deficient.

Per the orders filed in each appeal on July 10, 2023, a separate supplemental designation of record should be filed in each case. There will be two records on appeal – one for each appeal.

Please correct the stated deficiency within three days of the date of this notice. The deficient designation of record will be stricken from the court docket.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Linda A. Epperley
Terry Cameron McEwen

CMW/sls